UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SUNTRUST BANK** | ) |
| | ) |
| **Plaintiff.** | ) |
| | ) |
| vs. | ) CASE NO. 3:09-cv-0334 |
| | ) |
| **SOUND BARRIER PROPERTIES, LLC,** | ) JUDGE HAYNES |
| f/k/a BELEW GROUP, LLC AND MARSHALL | ) |
| D. BELEW, II, | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendant Marshall D. Belew, II (Docket Entry No. 14). The Motion is accompanied by an Affidavit of Military Service (Docket Entry No. 13), which was omitted from Plaintiff's previous motion for entry of default against this Defendant.

The Clerk will enter default against Defendant Belew. Service was made on April 30, 2009 and no Answer or other responsive pleading has been filed within the time frame required by law.

Accordingly, the Clerk hereby enters default pursuant to FRCP55(a) against Defendant Marshall D. Belew, II.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1