IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SUNTRUST BANK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-00334 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| SOUND BARRIER PROPERTIES, LLC | ) | |
| f/k/a BELEW GROUP, LLC and | ) | |
| MARSHALL D. BELEW, II, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is Plaintiff's motion to compel post-judgment discovery (Docket Entry No. 28). This motion is unopposed and is **GRANTED**. Defendants have twenty (20) days from the date of this Order to respond to these discovery requests or risk sanctions by the Court.

It is so **ORDERED**.

**ENTERED** this the ___1st___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge