UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUNTRUST BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:09-00334 ) JUDGE HAYNES |
| SOUND BARRIER PROPERTIES, LLC f/k/a BELEW GROUP, LLC and MARSHALL D. BELEW II, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's motion for sanctions (Docket Entry No. 31), for Defendants' failure to comply with the Court's Order to respond to Plaintiff's discovery requests for post judgment discovery. (Docket Entry No. 30). The Order warned Defendants of the risk of sanctions for failure to comply. To date, the Defendants have not responded.

Accordingly, Plaintiff's motion for sanctions (Docket Entry No. 31) is **GRANTED**. Plaintiff is awarded its reasonable attorney's fees and costs related to this motion. Fed. R. Civ. P. 37(b)(2)(C).

A show cause hearing is set for February 28, 2011 at 10:00 a.m. for the Defendants to show cause why they should not be held in contempt for their failure to comply with the Court's Order. Defendants' failure to appear shall be deemed grounds for a daily fine until their compliance with the Court's Order.

It is so **ORDERED**.

ENTERED this the 17th day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge